MARGARET B. BARTLETT, *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. TOWNSHIP OF MIDDLETOWN, *ET AL.*,
DEFENDANTS-RESPONDENTS.

See same case below: 51 *N. J. Super.* 239.

*Mr. Benjamin C. Van Tine* for the petitioners.

*Messrs. Roberts, Pillsbury & Carton* for the respondents.

September 29, 1958. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH WYCKOFF, DEFENDANT-PETITIONER.

*Mr. Edward J. Madden* for the petitioner.

September 29, 1958. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
CHARLES MONROE, DEFENDANT-RESPONDENT.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the
petitioner.

*Mr. Thomas M. Maher* for the respondent.

September 29, 1958. Granted.